IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| | **NO. 5: 08-MJ-10-06 (CWH)** |
| VS. | |
| | REMOVAL PROCEEDINGS |
| | NO. CR-08-352-PHX-NVW — DIST. OF ARIZONA |
| **DANIEL L. BROWN,** | |
| Defendant | |

## ORDER OF REMOVAL TO ANOTHER DISTRICT

The above-named defendant is charged with a violation of conditions of pretrial release imposed upon him in the DISTRICT OF ARIZONA.

**Brief Description of Charges:**

Violation of travel restrictions, etc.

After a hearing convened under provisions of Rule 5 and/or 40 of the Federal Rules of Criminal Procedure, the undersigned finds that pertinent documentation has been provided to the defendant and that he has admitted his IDENTITY.

The court further finds that conditions for the release of this defendant can be set by the court to insure his appearance in the district of prosecution; a separate Order of Release has been entered by the court.

ACCORDINGLY, SUBJECT TO THE ABILITY OF THE DEFENDANT TO SATISFY THE CONDITIONS OF RELEASE IMPOSED HEREIN, the defendant is ordered REMOVED to the district of prosecution, and the United States Marshal (or such other authorized agency) is COMMANDED to take custody of the defendant and transport him/her with a certified copy of this commitment forthwith to the district of offense specified above and there deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive him/her, all proceedings required by the Federal Rules of Criminal Procedure having been completed.

SO ORDERED AND DIRECTED, this 27th day of OCTOBER, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE